# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136121 & (13)

JOHN CORRION,
        Plaintiff-Appellant,

v

LIVINGSTON CIRCUIT JUDGE,
        Defendant-Appellee.

SC: 136121
COA: 284024

_____/

      On order of the Court, the application for leave to appeal the March 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The provisions of the Court of Appeals March 19, 2008 order remain in effect, and the 21-day time period for payment of the initial partial filing fee pursuant to MCL 600.2963(1) shall run from the date of this order. The motion to consolidate is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

d0616

Clerk